Vernon Dale TRAVIS *v.* STATE of Arkansas

680 S.W.2d 911

Supreme Court of Arkansas
Opinion delivered December 21, 1984

*Faber D. Jenkins,* for appellant.

No response.

PER CURIAM. Petitioner, Vernon Dale Travis, by his attorney, Faber D. Jenkins, has filed a motion for a rule on the clerk in which Faber D. Jenkins admits it was his fault that the record was not timely filed.

We find that the attorney's sworn affidavit admitting fault for failure to timely file the record is good cause to grant the motion.

A copy of this per curiam will be forwarded to the Committee on Professional Conduct.